# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL HARKEY, | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-00177-MMD-GWF |
| vs. | ) | **ORDER TO SHOW CAUSE** |
| US NATIONAL BANK, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties required by LR 7.1-1. Plaintiff filed his Complaint (#1) on February 3, 2014. Plaintiff did not file the required Certificate as to Interested Parties, and on February 20, 2014, this Court entered an order (#5) requiring Plaintiff to file a Certificate as to Interested Parties no later than March 3, 2014. The Court again entered an order (#7) requiring Plaintiff to file a Certificate as to Interested Parties no later than March 24, 2014. To date, Plaintiff has not complied. Accordingly,

**IT IS ORDERED** that Plaintiff shall show cause, in writing, no later than **April 14, 2014**, why sanctions should not be imposed for Plaintiff's failure to file the required Certificate as to Interested Parties, and failure to comply with this Court's prior orders. Failure to timely respond to this Order to Show Cause may result in the imposition of sanctions up to and including a recommendation to the District Judge that the Complaint be dismissed for violation of the Court's order.

DATED this 4th day of April, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge