1  Mitchell Posin, Esq.
2  Law Offices of Mitchell Posin, Chtd.
3  1645 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89101
5  Tel. (702) 382-2222/Fax (702) 382-7496
6  mposin@gmail.com
7  Attorney for Plaintiff and proposed attorney for Class of Injured Property Owners

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HARKEY | |
| Plaintiff and Proposed Lead Class | |
| Plaintiff for All Nevada Property | |
| Owners Similarly Situated, | |
| who were deprived of their | |
| right to petition the judiciary | Case No. 2:14-cv-00177-MMD-GWF |
| for redress of grievances by | |
| the use of fraudulent recorded | |
| documents by the MERS ENTERPRISE | |
| described herein, | |
| vs. | |
| US BANK, N.A., AS TRUSTEE FOR | |
| THE CSMC MORTGAGE-BACKED | |
| TRUST 2007-6, et al. | |
|     Defendants. | |

1

RESPONSE TO ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY
WITH LOCAL RULE 7.1-1

**NOW COMES** Mitchell Posin of the Law Offices of Mitchell Posin, Chtd., attorney for the Plaintiff, Michael Harkey, and respectfully responds to the Order to Show Cause entered by this Court on April 4, 2014 with profound apologies for the delay in my response. No disrespect of the Court's Local Rules or Orders was intended. The Plaintiff Harkey was traveling for business when the Order to Show Cause was entered and contact between this counsel and Plaintiff Harkey was temporarily postponed. This counsel should have immediately contacted this Court to request an extension of time to respond to the Order to Show Cause until he could confer with his client and counsel with more extensive federal civil practice background as to how to handle the Rule 7.1-1 compliance in light of the putative class action embedded in these proceedings.

    I know that there is no excuse for not responding to the Order to Show Cause and begs this Court's forgiveness. I am willing to appear before this Court and accept an appropriate sanction for my failure to comply with Local Rule 7.1-1 and my failure to respond to the Order to Show Cause, but I beg this Court not to sanction Plaintiff Harkey or those he seeks to represent in the putative class action by the drastic remedy of dismissal because Plaintiff and his putative class have meritorious claims and those claims are of significant value to the administration of justice in this district and in the State of Nevada.

    Plaintiff is an individual and none of the members of the putative class have yet been identified. In the event that members of the putative class have business interests required to be disclosed under Local Rule 7.1-1, the Certificate of Interest will be amended.

    Defendants, most of whom have not yet appeared before this Court have not been harmed by my failure to comply with Local Rule 7.1-1 and counsel who had appeared has not claimed

harm or sought a remedy for my failure. The integrity of this Court has been offended but it has not been jeopardized because it was not until July 15, 2014 that it was put in a position of having to make a decision in these proceedings without having the required disclosure under Local Rule 7.1-1. I am willing to submit to whatever sanction is just and appropriate for my failure but this Court should seek sanctions only from me and not extend its sanctions to the Plaintiff and the putative class he represents.

In the alternative, if this Court believes that the sanction of dismissal is warranted, the dismissal must be without prejudice, in order to protect the innocent Plaintiff, who knew nothing about my failure to comply with Local Rule 7.1-1 or the Order to Show Cause. Plaintiff must be entitled to commence this action anew, before the statute of limitations for federal and Nevada RICO actions may expire in October, 2014 as to some of the named defendants.

DATED this 20th day of July, 2014.

/s/

_____

Mitchell Posin, Esq., attorney for Plaintiff

**DECLARATION UNDER PENALTY OF PERJURY**

Pursuant to 28 USC sec. 1746, Mitchell Posin declares, under penalty of perjury, that the facts set forth in the foregoing response to this Court's Order to Show Cause of April 4, 2014 are true and correct, to the best of his knowledge, information and belief.

/s/

_____

Mitchell Posin

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that electronically served on the 20th day of July, 2014, the foregoing Response to Order to Show Cause was filed with the Court and served on all parties

1 and counsel as identified on the Court-generated Notice of Electronic Filing.

/s/

_____

Mitchell Posin