UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HARKEY,              ) | |
|                              ) | |
|        Plaintiff,            ) | Case No. 2:14-cv-00177-RFB-GWF |
|                              ) | |
| vs.                          ) | **ORDER** |
|                              ) | |
| US NATIONAL BANK, *et al.*,  ) | |
|                              ) | |
|        Defendants.           ) | |

This matter is before the Court on Plaintiff's Motion to Stay Computer-Generated Order (#131), filed on September 3, 2014.

Plaintiff filed his complaint on February 3, 2014. *See Dkt. #1*. On July 22, 2014, Defendant Safeguard Properties, LLC, filed its Answer, therein prompting the computer-generated order setting the deadline for filing the Rule 26(f) discovery plan by September 5, 2014. *See Dkt. #57*. Plaintiff filed his motion seeking to stay the computer-generated discovery plan deadline until the Court decides which parties are allowed to proceed in this action. *See Dkt. #131*.

Plaintiff represents that drafting a discovery plan is not yet practical because there are a number of motions and responses pending decisions, including a decision as to which parties are entitled to appear by which counsel and which parties are entitled to relief from default. *See Dkt. #131* at 2. Therefore Plaintiff proffers that the discovery conference cannot feasibly be conducted at this time because Plaintiff does not know whether certain parties will be allowed to appear in this action and by which counsel. *Id*.

Due to the limited time within which this motion was brought, the Court finds that the Plaintiff has shown good cause to extend the discovery plan deadline for thirty days to allow the

parties to file their respective responses to Plaintiff's motion to stay the discovery plan.  *See* Fed. R. Civ. P. 6(b) and LR 26-1 (extensions of time may be granted for good cause shown).  Accordingly,

**IT IS HEREBY ORDERED** that the discovery plan in the above captioned matter shall be extended to **October 6, 2014** unless otherwise ordered in the Court's decision on Plaintiff's motion to Stay (#131).

DATED this 4th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge