# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HARKEY,<br><br>             Plaintiff,<br><br>vs.<br><br>US NATIONAL BANK, *et al.*,<br><br>             Defendants. | Case No. 2:14-cv-00177-MMD-GWF<br><br>**ORDER**<br><br>Motion to Extend Time to Serve Defendant (#140) |

      This matter comes before the Court on Plaintiff's Motion to Extend Time to Serve Defendant Kimberly Clark (#140), filed on September 3, 2014.

      On August 4, 2014, this Court entered an order extending the time for personal service upon Defendant Kimberly Clark to September 4, 2014. *See Dkt. #71*. Plaintiff represents that on August 29, 2014, an investigator informed Plaintiff's counsel that Defendant Clark filed a Chapter 13 bankruptcy petition on August 26, 2014 in the United States Bankruptcy Court for the District of Utah. *See Dkt. #140* at 2. In response, Plaintiff filed a Suggestion of Bankruptcy (#139) in the above captioned action and filed the present motion requesting that this Court indefinitely extend Plaintiff's time for service as to Defendant Clark for as long as the bankruptcy automatic stay is in effect. *See Dkt. #140*

      Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Furthermore, pursuant to Fed. R. Civ. P. 4(m), service must be completed within 120 days after the complaint is filed unless the Plaintiff shows good cause for the failure, to which the Court must extend the time for service for an appropriate period. Here, the Court finds that the Plaintiff has shown good cause for an extension. Accordingly,

1 **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to Serve Defendant Kimberly Clark (#140) is **granted**. The deadline to serve Defendant Clark shall be extended to thirty (30) days after the date the automatic stay is lifted in Defendant Clark's bankruptcy proceeding.

**IT IS FURTHER ORDERED** that the Plaintiff shall file a status report with the Court regarding the service on Defendant Clark within ninety (90) days from the date this order is entered.

DATED this 5th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge