# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL HARKEY, | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-00177-RFB-GWF |
| vs. | ) | **ORDER** |
| US NATIONAL BANK, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Stay Computer-Generated Order Setting Deadline for Filing Fed.R.Civ.P. 26(f) Discovery Plan (#131), filed on September 3, 2014. Defendants MERSCORP Holdings, Inc. and Mortgage Electronic Registration Systems, Inc. ("MERS Defendants") filed a Qualified Joinder (#166) to Plaintiff's motion for stay on September 22, 2014.

Plaintiff requests that the Court stay the filing of a discovery plan and scheduling order, and therefore the commencement of discovery, until the Court rules on pending motions to set aside the defaults of certain defendants. Plaintiff asserts that until those motions are decided, it is unknown which defendants will be litigating this case. The MERS Defendants do not oppose the stay, but request that the stay remain in effect until the Court decides their pending motion to dismiss.

The Court having reviewed the docket in this case and finding good cause therefore,

**IT IS HEREBY ORDERED** that the filing of the discovery plan and scheduling order in this action is stayed pending a decision on the motions to set aside defaults, petitions for permission to practice in this action, and defendants' motion(s) to dismiss identified by the following docket numbers: 38, 39, 64, 65, 97, 103, 105, 109, 127, 128, 129, 130, 137, 138, 156, and 159.

**IT IS FURTHER ORDERED** that the stay shall automatically lift upon the Court entering a decision on the foregoing motions and petitions. If necessary, the parties shall file a proposed discovery plan and scheduling order within 10 days of the decision on the Defendants' motion(s) to dismiss. In order to assist the Court in keeping track of this action, the parties shall file a status report regarding the foregoing motion and the need for the continuance of the stay on or before **January 5, 2015**.

DATED this 24th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge