# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HARKEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>US NATIONAL BANK, *et al.*,<br><br>　　　　Defendants. | Case No. 2:14-cv-00177-RFB-GWF<br>**Consolidated with:**<br>Case No. 2:14-cv-01266-RFB-GWF<br><br>**ORDER**<br><br>Motion for Extension of Time to Serve (Dkt. #320) |

　　　This matter is before the Court on Plaintiff's Motion for Extension of Time to Serve Defendants (Dkt. #320), filed on December 4, 2015. Upon review and consideration,

　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Serve Defendants (Dkt. #320) is **granted**. Plaintiff shall have until **January 22, 2016** to serve Defendants. Further, Plaintiff may enlist the aid of attorney Mitchell Posin to determine which defendants remain to be served.

　　　DATED this 8th day of December, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge