UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HARKEY,<br><br>               Plaintiff,<br><br>vs.<br><br>US NATIONAL BANK, *et al.*,<br><br>               Defendants. | Case No. 2:14-cv-00177-RFB-GWF<br>**Consolidated with:**<br>Case No. 2:14-cv-01266-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for 14-Day Extension to Serve Defendants (#333), filed on January 22, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for 14-Day Extension to Serve Defendants (#333) is **granted**. Plaintiff shall have until **February 10, 2016** to serve Defendants. Additionally, Plaintiff shall take notice that no further extensions will be granted absent a showing by Plaintiff of good faith efforts to serve Defendants and for reason outside of Plaintiff's control, he was unable to effectually serve Defendants.

DATED this 26th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge