# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HARKEY | Attorney Fees |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:14-cv-00177-RFB-GWF |
| SELECT PORTFOLIO SERVICING, et al., | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered re Attorney Fees. Defendant Safeguard is awarded $8,921.40 in discovery-related fees. The SPS Defendants are awarded $6,681.00.

| | |
|---|---|
| February 28, 2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |